IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIO EDUARDO PEDRAZA,<br>　　　　　Plaintiff, | § § § § | |
| v. | § | 3:14-CV-02527-P-BK |
| JUSTIN MARSHALL,<br>　　　　　Defendant. | § § § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff is **BARRED** by the three-strike provision. *See* 28 U.S.C. § 1915(g).

SO ORDERED this 29th day of August, 2014.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE